AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| GUADALUPE GONZALEZ-ASTORGA | CASE NUMBER: 08CR2952-H |

I, GUADALUPE GONZALEZ-ASTORGA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9-2-8__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Guadalupe Gonz[ez]
Defendant

Ricardo M [signature]
Counsel for Defendant

Before [signature]
Judicial Officer

FILED
SEP - 2 2008